UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              **ORDER**
                               Criminal File No. 05-277 (MJD/JJG)

(1) JOEL JAMES ROYCE,

    Defendant.

Nathan P. Petterson, Assistant United States Attorney, Counsel for Plaintiff.

Joel James Royce, pro se.

    This matter is before the Court on Defendant Joel James Royce's Pro Se Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. [Docket No. 28] Because the United States Supreme Court's decision in Beckles v. United States is expected to resolve many, if not all, of the issues raised in Defendant's § 2255 motion, this matter will be stayed pending the Supreme Court's decision in Beckles. The Court will order the United States to file a supplemental response within 30 days of the date that the Supreme Court issues its opinion in Beckles v. United States. The Court will rule

on Defendant's motion to appoint counsel and will set a deadline for Defendant's reply after the United States files its supplemental response.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. This matter is stayed pending the Supreme Court's decision in <u>Beckles v. United States</u>.

2. The United States shall file a supplemental response within 30 days of the date that the Supreme Court issues its opinion in <u>Beckles v. United States</u>.


Dated:   August 31, 2016             s/ Michael J. Davis
                                     Michael J. Davis
                                     United States District Court